cat / div 550/1983/KW

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case # _____
Judge _____ Mag WHITE
Motn Ifp YES Fee pd $ 0
Receipt # _____

Civil Case Number: 18-cv-10286-Moore/White

AlFRED KENNEDY
(Write the full name of the plaintiff)

vs.

KEY WEST PoIice DePARTMENT,
MONROE CouNTY SHeRiFFs DePT.,
and DoES 1 TO 10.

FILED by PG D.C.

DEC 11 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI

(Write the full name of the defendant/s in this case)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**I. Party Information**

A. Plaintiff: AlFRED KENNEDY

Address: M.C.D.C. 5501 College RD. KEY WEST, Fl. 33040

Inmate/Prison No.: MCSO 75002631

Year of Birth: 1964 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: K.W.P.D    Defendant: M.C.S.D.

Official Position: N/A    Official Position: N/A

Place of Employment: N/A    Place of Employment: N/A

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants. )

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

ON JUNE 19, 2018 THERE WAS NOT AN ACTIVE ARREST WARRANT IN THE SYSTEM FOR MY LAWFUL ARREST AT 6:30PM. AS I WAS STOPPED AND PLACED UNDER ARREST BY DETECTIVE SIRACUSE FROM THE KEY WEST POLICE DEPT. WHO INFORMED ME THAT I WAS UNDER ARREST FOR AN ALLEGE SALE OF COCAINE FROM MAY 1, 2018 CASE NO. #CF-470-A-K AND A WARRANT HAD BEEN OBTAINED FOR MY ARREST, AT WHICH TIME I WAS ALSO ALLEGEDLY FOUND IN POSSESSION OF CONTRABAND BEFORE BEING TRANSPORTED TO THE MONROE COUNTY JAIL. UPON REQUEST I WAS DENIED A COPY OF THE WARRANT ON JUNE 19, 2018 IN WHICH K.W.P.D. OFFICER MALSHEIMER SWORN HE HAD OBTAINED FOR MY ARREST EARLIER ON IN THE DAY AND HE WAS IN POSSESSION OF THE ORIGINAL. UPON BEING BOOKED INTO THE MONROE COUNTY JAIL ON JUNE 19, 2018 AT 7:07PM. AND WHILE UNDER CONTINUEOUS CUSTODY ANOTHER ARREST WARRANT WAS ORDERED FROM THE SAME UNLAWFUL ARREST DATED JUNE 21, 2018 AND ARRESTING ME A SECOND TIME BY THE SHERIFFS AT 9:03 AM FOR THE SAME SINGLE ALLEGE CRIME FROM MAY 1, 2018 AND WARRANT INFORMATION FILED IN COURT RECORDS ON JUNE 22, 18 AT 10:03 AS MY ARREST AND DETENTION REMAINS TO BE UNRESOLVED.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

FOR DEFENDANTS TO PAY ALL COST FOR FILING THIS CIVIL ACTION, PLUS ANY AND ALL COURT COST AND FOR THE CITY OF KEY WEST POLICE DEPT. TO PAY THE AMOUNT OF 82,000 IN GENERAL AND PUNITIVE DAMAGES IN COMBINING PAYMENT WITH THE MONROE COUNTY SHERIFFS DEPT.. IN ADDITION THAT ALL CRIMINAL PENDING CHARGES AS A RESULT TO THIS CAUSE AND ACTION BEING TAKEN BE DISMISSED FROM 6-19-18.

_____

_____

### IV. Jury Demand

Are you demanding a jury trial?   ___ Yes   ✓ No

Signed this 5 TH. day of DECEMBER, 20 18

_Alfred Kennedy_
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: 12/5/2018 AT 10:00 PM.

_Alfred Kennedy_
Signature of Plaintiff

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

ALFRED KENNEDY
*Plaintiff/Petitioner*

v.

KEY WEST POLICE DEPARTMENT
*Defendant/Respondent*

Civil Action No.

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: **MONROE COUNTY JAIL, KEY WEST, FLORIDA**. If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are: **N/A**

My gross pay or wages are: $ **0**, and my take-home pay or wages are: $ **0** per *(specify pay period)* _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment ☐ Yes ☑ No
(b) Rent payments, interest, or dividends ☐ Yes ☑ No
(c) Pension, annuity, or life insurance payments ☐ Yes ☑ No
(d) Disability, or worker's compensation payments ☑ Yes ☐ No
(e) Gifts, or inheritances ☑ Yes ☐ No
(f) Any other sources ☐ Yes ☑ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

**(D) DISABILTY IN THE AMOUNT OF $650.00/MONTH**
**(E) GIFTS, OR INHERITANCES: (HOUSE) SEE LINE 5 ON FOLLOWING PAGE**

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ _____0_____ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

I HAVE 8.33% OWNERSHIP OF THE ESTATE OF 324 VIRGINIA ST. KEY WEST, Fl. 33040 THE PROPERTY VALUE IS ABOUT 360.000

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

NONE AT THIS TIME

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

NOT ANY PERSON

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

NONE

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 12-5-2018

Alfred Kennedy
*Applicant's signature*

ALFRED KENNEDY
*Printed name*

MONROE COUNTY DETENTION
5501 COLLEGE ROAD
KEY WEST, FLA. 33040

LEGAL MAIL

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
400 NORTH MIAMI AVE, 8N09
MIAMI, FLA. 33128-7716

USMS INSPECTED

MP 0206

MP 0206

MONROE COUNTY DETENTION CENTER
5501 COLLEGE ROAD   KEY WEST, FL 33040

INCOMING & OUTGOING MAIL
MUST STATE THE SENDERS FULL NAME AND
ADDRESS, THE INMATE OR DETAINEE NAME
MUST BE CORRECT
CASH, MONEY ORDER, PERSONAL CHECKS AND
UNAUTHORIZED PACKAGES, ARE NOT ACCEPTED
ALL WILL BE RETURNED TO SENDER. WE ARE
NOT RESPONSIBLE FOR MONEY OR INFORMATION